**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Texas Department of Public Safety v. Danish Mahmood Shaikh*

Appellate case number:   01-11-00441-CV

Trial court case number: 10-CCV-043005

Trial court:             County Court at Law No 2 of Fort Bend County, Texas

Date motion filed:       March 1, 2013

Party filing motion:     Appellee

　　　　It is ordered that the motion for rehearing is **(X) DENIED ( ) GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　　　　　　□ Acting individually　　x Acting for the Court

Panel consists of:  Justices Keyes, Massengale, and Brown

Date:  May 3, 2013